# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

| | |
|---|---|
| CARLTON & HARRIS CHIROPRACTIC, INC., a West Virginia corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> MEDITAB SOFTWARE, INC. and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 3:17-cv-03822 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, CARLTON & HARRIS CHIROPRACTIC, INC., and Defendant, MEDITAB SOFTWARE, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action, with prejudice, the dismissal of the class allegations, without prejudice, and with each side bearing its own costs.

Respectfully submitted,

/s/  D. Christopher Hedges
D. Christopher Hedges
(WVSB#7894) THE CALWELL
PRACTICE, LC
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323

/s/ Ryan M. Kelly
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500

s/ Marc E. Williams
Marc E. Williams
(WVSB#4062) NELSON MULLINS
RILEY & SCHARBOROUGH LLP
040 Third Ave., Suite 200
Huntington, WV  25701
Telephone:  304-526-3501

/s/ Jeffrey N. Rosenthal
Jeffrey N. Rosenthal
BLANK ROME
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
Telephone: 215-569-5553

## **CERTIFICATE OF SERVICE**

 I hereby certify that on February 27, 2018, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

        /s/ Ryan M. Kelly
        Ryan M. Kelly
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL  60008
        rkelly@andersonwanca.com
        *Counsel for Plaintiff*